UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SEALED**

CASE NO. 21-20346-MARTINEZ

FILED BY ____MC____ D.C.

Jun 11, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

FRANCY BEDOYA,
RONALD VIDAURRE,
SOFITEL TRADING CORP., and
VIBE ENTERPRISE, INC.,

Defendants.

FILED *EX PARTE*

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Court seal the motion for post-indictment protective order in the above-captioned matter, protective order, this Motion, and any resulting Order until further order of this Court, with the exception that the United States be allowed to disclose such documents for purposes of effectuating law enforcement goals, including that of restraint and forfeiture. Premature disclosure of the information contained in the identified documents could jeopardize an ongoing federal criminal investigation and prosecution.

1

Date: June 11, 2021

                                      Respectfully submitted,

                                      JUAN ANTONIO GONZALEZ
                                      ACTING UNITED STATES ATTORNEY

By:    */s/ Nicole Grosnoff*
                                      Nicole Grosnoff
                                      Assistant United States Attorney
                                      Court ID No. A5502029
                                      nicole.s.grosnoff@usdoj.gov
                                      U.S. Attorney's Office
                                      99 Northeast Fourth Street, 7th Floor
                                      Miami, Florida 33132-2111
                                      Telephone: (305) 961-9294
                                      Facsimile: (305) 536-4089